



## MEMORANDUM OPINION

No. 04-12-00112-CV

**IN THE INTEREST OF J.D.C.**, et al., Children

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-PA-00326
Judge Richard Garcia, Judge Presiding

Opinion by:    Rebecca Simmons, Justice

Sitting:        Catherine Stone, Chief Justice
                Rebecca Simmons, Justice
                Marialyn Barnard, Justice

Delivered and Filed:  August 29, 2012

AFFIRMED

Appellants J.C. and L.V.[1] appeal the trial court's order terminating his parental rights to his children born to M.D. Appellants' counsel[2] filed separate briefs stating that he has conducted a professional evaluation of the record and there are no meritorious issues to appeal for either appellant. Counsel concludes that the appellate issues are wholly without merit. The briefs meet the requirements of *Anders v. California*, 386 U.S. 738 (1967). *See In re R.R.*, No. 04–03–00096–CV, 2003 WL 21157944, at *4 (Tex. App.—San Antonio May 21, 2003, no pet.) (applying *Anders* procedure in an appeal from a termination of parental rights); *see also In re D.E.S.*, 135 S.W.3d 326, 329 (Tex. App.—Houston [14th Dist.] 2004, no pet.) (same).

---

[1] To protect the identity of the minor children, we refer to the fathers and the children by their initials. *See* TEX. FAM. CODE ANN. § 109.002(d) (West 2011); TEX. R. APP. P. 9.8.

[2] J.C. and L.V. are represented by the same court-appointed counsel on appeal.

Counsel certified that he sent a copy of the respective *Anders* brief to J.C. and L.V. and advised each of his right to examine the record and to file a pro se brief. Neither appellant has filed a pro se brief.

After reviewing the briefs and the record, we agree that the appellate issues are without merit. Therefore, we affirm the trial court's order and grant counsel's motion to withdraw.


Rebecca Simmons, Justice